# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| INNOMEMORY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LONE STAR NATIONAL BANK,<br><br>        Defendant. | Civil Action No. 5:22-cv-00909-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DIMISS WITH PREJUDICE

Plaintiff Innomemory, LLC ("Plaintiff") and Defendant Lone Star National Bank ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims against Defendant Lone Star National Bank and all counterclaims against Plaintiff Innomemory, LLC in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 5, 2024                                   Respectfully submitted,

| | |
|---|---|
| */s/ William P. Ramey, III* | /s/ *Gary R. Sorden* |
| William P. Ramey, III | Gary R. Sorden |
| Texas Bar No. 24027643 | Texas Bar No. 24066124 |
| RAMEY LLP | COLE SCHOTZ, P.C. |
| 5020 Montrose Blvd., Suite 800 | 901 Main Street, Suite 4120 |
| Houston, Texas 77006 | Dallas, Texas 75202 |
| Tel: (713) 426-3923 | Tel: (469) 557-9390 |
| Fax: (832) 900-4941 | Fax: (469) 533-1587 |
| wramey@rameyfirm.com | gsorden@coleschotz.com |
| | |
| **ATTORNEYS FOR PLAINTIFF INNOMEMORY, LLC** | **ATTORNEYS FOR DEFENDANT LONE STAR NATIONAL BANK** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing pleading with the Clerk of the Court for the Western District of Texas, Waco Division, using the CM/ECF System of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>                     */s/ Gary R. Sorden*
>                     Gary R. Sorden