# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTIONIO DIVISION

| | |
|---|---|
| INNOMEMORY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LONE STAR NATIONAL BANK,<br><br>　　　　Defendant. | Civil Action No. 5:22-cv-00909-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Court has considered the Joint Motion to Dismiss with Prejudice. The Court is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED that all claims against Defendant Lone Star National Bank are dismissed WITH PREJUDICE;

IT IS FURTHER ORDERED, that all counterclaims against Plaintiff Innomemory, LLC are dismissed WITH PREJUDICE; and

IT IS FURTHER ORDERED that each party will bear its own costs, expenses, and attorneys' fees.

Signed this 10th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE